## JORDAN ET AL *v.* VILLAGE OF MENOMONEE FALLS.

No. 122.   Decided October 10, 1966.

*Emil Hersh, Arthur Magidson, Joseph A. Fanelli* and *James H. Mann* for appellants.

*Patrick T. Sheedy* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## BENNETT *v.* UNITED STATES.

No. 143.   Decided October 10, 1966.

*Carl L. Shipley* for petitioner.

*Solicitor General Marshall* for the United States.

PER CURIAM.

In light of the suggestion of the Solicitor General and upon an examination of the papers filed in this case, the petition for a writ of certiorari is granted, the judgment of the United States Court of Claims is vacated and the case is remanded to that court.